UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STOREY HEREFORD RANCH PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARIN EEG AND GARNER EEG,<br><br>　　　　　Defendants. | Case No. CV-24-61-BU-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED :   PURSUANT to Order [43], the case is DISMISSED WITHOUT PREJUDICE.

　Dated this 30th   day of July, 2025

　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　By:　/s/ M. Stewart
　　　　　　　　　　　　Deputy Clerk